Kathryn Tassinari, OSB# 80115
Robert A. Baron, OSB# 89020
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED '05 JUN 27 11:48USDC-ORP

RECVD '05 JUN 20 11:47USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CAROL WOBBE, | ) | Civil No. 04-6120-BR |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR PAYMENT OF ATTORNEY'S |
| JO ANNE B. BARNHART, | ) | FEES PURSUANT TO EAJA |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

After considering the stipulated Motion for entry of an order awarding attorney's fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted in the sum of $3,207.45 as full settlement of any and all claims for attorney fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this _27th_ day of _June_____, 2005.

_____
U.S. District Judge

PRESENTED BY:

By:_____ for Kathren Tassinari
   Kathryn Tassinari, OSB#80115
   Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA